| Fill in this information to identify the case: |
|---|
| Debtor 1 <u>GUY W  MIER</u> |
| Debtor 2 |
| United States Bankruptcy Court for the District of New Jersey |
| Case number <u>17-34182 SLM</u> |

<u>Official Form 410S1</u>
**Notice of Mortgage Payment Change**                                                                                                                                  **12/15**

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-8, ASSET-BACKED CERTIFICATES, SERIES 2006-8</u>

**Court claim no.** (if known): <u>N/A</u>

**Last four digits** of any number you use to identify the debtor's account:    <u>0487</u>

**Date of payment change:**
Must be at least 21 days                   <u>02/01/18</u>
after date of this notice

**New total payment:**                      <u>$2,636.53</u>
Principal, interest, and escrow, if any

| **Part 1:** | **Escrow Account Payment Adjustment** |

**Will there be a change in the debtor's escrow account payment?**

☒ No.

☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $_____                    **New escrow payment:**    $_____

| **Part 2:** | **Mortgage Payment Adjustment** |

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No.

☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____.

**Current interest rate:**    <u>3.00</u> %                              **New interest rate:**    <u>4.00</u> %

**Current principal and interest payment:** $<u>944.79</u>         **New principal and interest payment:** $<u>1,083.66</u>

| Part 3: | Other Payment Change |
|---|---|

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No.

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment:** $_____          **New mortgage payment:** $_____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

X  /S/ JILL A. MANZO                                             Date  01/08/2018
   Signature

**Print:**   JILL A. MANZO, ESQ.                                          Title   ATTORNEY
         First name    Middle name    Last name

Company   FEIN, SUCH, KAHN & SHEPARD, PC

Address   7 CENTURY DRIVE, SUITE 201
         Number        Street

         PARSIPPANY, NJ 07054
         City                    State       ZIP Code

Contact phone   (973) 538-4700                              Email   bankruptcy@feinsuch.com