# MFR Post-Petition Payment History for Filing



|  |  |
|---|---|
| Preparation Date: | 10/02/19 |
| Prepared by: | Tamil |

**Loan Information:**

| | |
|---|---|
| Loan Number | X X X X X X 0487 |
| Debtors Name - 1 | GUY MIER |
| Debtors Name - 2 | CATHERINE MIER |
| Property Address | 2-4 RENA LN |
| Property State | NJ |

**Bankruptcy Information:**

| | |
|---|---|
| Bankruptcy Case # | 17-34182 |
| Filing Date: | 11/30/2017 |
| Person filing: | M1 |
| Number of previous filings: | 1 |

**Post petition due**

| | | |
|---|---|---|
| Post petition due date: | 03/01/19 | |
| Post petition $$$ due: | $19,858.14 | **Comment** |
| Post petition insurance: | $0.00 | Post-petition taxes and insurance included in annual |
| Post petition taxes: | $0.00 | escrow analysis and added to monthly payments. |
| | | |
| Total Post petition due | **$19,858.14** | |

**Post-Petition Payment History Detail**

| Post pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
|---|---|---|---|---|
| 12/18/17 | Partial Payment | 0.00 | $2,429.02 | Partial Payment |
| 01/16/18 | 12/01/17 | $2,497.66 | $2,429.02 | |
| 02/20/18 | 01/01/18 | $2,497.66 | $2,497.66 | |
| 03/19/18 | 02/01/18 | $2,636.53 | $2,497.66 | |
| 05/17/18 | 03/01/18 | $2,636.53 | $2,452.20 | |
| 06/20/18 | 04/01/18 | $2,636.53 | $2,452.20 | |
| 07/16/18 | 05/01/18 | $2,636.53 | $2,452.20 | |
| 08/16/18 | 06/01/18 | $2,636.53 | $2,452.20 | |
| 09/18/18 | 07/01/18 | $2,636.53 | $2,452.20 | |
| 01/08/19 | 08/01/18 | $2,636.53 | $2,636.53 | |
| 02/11/19 | 09/01/18 | $2,636.53 | $2,658.45 | |
| 03/19/19 | 10/01/18 | $2,636.53 | $2,658.45 | |
| 04/19/19 | 11/01/18 | $2,636.53 | $2,658.45 | |
| 05/22/19 | 12/01/18 | $2,636.53 | $2,658.45 | |
| 07/03/19 | 01/01/19 | $2,636.53 | $2,658.45 | |
| 09/03/19 | 02/01/19 | $2,658.45 | $2,658.45 | |
| Due | 03/01/19 | $2,658.45 | 0.00 | |
| Due | 04/01/19 | $2,658.45 | 0.00 | |
| Due | 05/01/19 | $2,658.45 | 0.00 | |
| Due | 06/01/19 | $2,658.45 | 0.00 | |
| Due | 07/01/19 | $2,658.45 | 0.00 | |
| Due | 08/01/19 | $2,658.45 | 0.00 | |
| Due | 09/01/19 | $2,658.45 | 0.00 | |
| Due | 10/01/19 | $2,658.45 | 0.00 | |

Totals Due    $60,559.73

The contents of this document are RESTRICTED. Any unauthorized access, use o

The contents of this document are RESTRICTED to authorized individuals.  Any unauthorized access, use or duplication is strictly prohibited.