UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-8, ASSET-BACKED CERTIFICATES, SERIES 2006-8
JILL A. MANZO, ESQ.
SPS1739
bankruptcy@feinsuch.com

Order Filed on January 22, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

GUY W MIER

 Debtor(s).

Case No.:   17-34182 SLM

Chapter:   13

Hearing Date: January 22, 2020

Judge:   Honorable Stacey L. Meisel

Recommended Local Form:   ☒ Followed   ☐ Modified

ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: January 22, 2020**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | SELECT PORTFOLIO SERVICING, INC., as as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-8, ASSET-BACKED CERTIFICATES, SERIES 2006-8 |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtor's Counsel: | BRUCE H LEVITT |
| Property Involved (Collateral") | 2 & 4 RENA LN BLOOMFIELD, NJ 07003 |

Relief sought:   ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 8 months, from June, 2019 to January 1, 2020.

    ☒ The Debtor is overdue for 6 payments at $2,658.45 for June, 2019 to November, 2019 and 2 payments at $2,623.41 for December, 2019 to January, 2020 with $1,374.42 in suspense.

    ☐ The Debtor is assessed for N/A late charges at N/A per month.

    ☐ Applicant acknowledges receipt of funds in the amount of N/A received after the motion was filed.

    Total Arrearages Due $19,823.10.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $2,623.41. Payment shall be made no later than January 17, 2020.

    ☒ Beginning on February 1, 2020, regular monthly mortgage payments shall continue to be made in the amount of $2,623.41.

☐ Beginning on N/A, additional monthly cure payments shall be made in the amount of $N/A for N/A months.

☒ The amount of $17,199.69 shall be capitalized in the Debtor's Chapter 13 plan. The Debtor must file a modified plan and budget within 7 days.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒    Immediate payment:          Select Portfolio Servicing, Inc.
                                               P.O. Box 65450
                                               Salt Lake City, UT 84165

☒    Regular monthly payment:     Select Portfolio Servicing, Inc.
                                               P.O. Box 65450
                                               Salt Lake City, UT 84165

☐    Monthly cure payment:

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☐ The Applicant is awarded attorneys fees of $N/A, and costs of $N/A.

    The fees and costs are payable:

    ☐ through the Chapter 13 plan.

    ☐ to the Secured Creditor within _____ days.