

7 CENTURY DRIVE, 2ND FLOOR
PARSIPPANY, NJ 07054
www.fskslaw.com

TELEPHONE: 973-538-4700

April 28, 2021

Clerk of the Bankruptcy Court
United States Bankruptcy Court
King Federal Building
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

Re:   **SELECT PORTFOLIO SERVICING, INC. vs. GUY W MIER**
      Case No.: 17-34182 SLM
      Our File No.: SPS1739

Your Honor:

Please accept this letter as a formal request to withdraw the Amended Proof of Claim of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-8, ASSET-BACKED CERTIFICATES, SERIES 2006-8 filed with the Court on 03/11/2021 as Claim number 4-2.

Thank you for your prompt attention to this matter.

Very truly yours,

**FEIN, SUCH, KAHN & SHEPARD, P.C.**

By: /S/ TAMMY TERRELL BENOZA, ESQ.

cc:   MARIE-ANN GREENBERG - Trustee
cc:   GUY W MIER - Debtor(s)
cc:   BRUCE H LEVITT - Debtor's Attorney