**LEVITT & SLAFKES, P.C.**
515 Valley Street - Suite 140
Maplewood, New Jersey 07040
Ph: (973) 313-1200
E-Mail: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTOR
BY: Bruce H. Levitt, Esq. (BL9302)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | CHAPTER 13 |
| GUY W. MIER, | Case No.:17-34182 SLM |
| | NOTICE OF MOTION TO APPROVE SALE OF REAL PROPERTY |
| Debtor. | |

To: Marie Ann Greenberg
    Chapter 13 Standing Trustee
    30 Two Bridges Road
    Suite 330
    Fairfield, NJ 07004-1550

    Jill Manzo, Esq.
    Fein Szuch Kahn & Shepard
    7 Century Drive
    Suite 201
    Parsippany, NJ 07054
    Attorney for Secured Creditor

    Jamie Dimon
    Chairman & CEO
    JP Morgan Chase & Co.
    270 Park Avenue
    New York, NY 10017
    Creditor

**Williamson & Brown, LLC**
**4691 Clifton Parkway**
**Hamburg, NY 14075**
**Creditor**

**Resurgent Capital Services, L.P.**
**PO Box 10675**
**Greenville, SC 29603-0675**
**Creditor**

**Law Offices of Francis A. Ciambrone**
**242 Oradell Avenue, Second Floor**
**Paramus, NJ 07652**
**Attorney for Purchaser**

**PLEASE TAKE NOTICE** that the undersigned counsel for Guy W. Mier, the moving party, will move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Courtroom 3A, Newark, New Jersey 07102 on the 9th day of February, 2022 at 10:00 a.m. or as soon thereafter as counsel may be heard for the entry of an Order approving the sale of the real property located at 2-4 Rena Lane, Bloomfield, NJ 07003 and allowing the payment of certain liens, realtor commissions and fees of counsel to be paid from the proceeds of sale.

**PLEASE TAKE FURTHER NOTICE** that in support of the instant motion, the undersigned shall rely upon the Certification in support of the instant motion submitted herewith.

Responsive pleadings, if any, shall be filed with the Clerk of the Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102 and served upon the undersigned no more than seven days prior to

the return date hereof.

**LEVITT & SLAFKES, P.C.
Attorneys for Debtor**

**DATED: January 12, 2022**      By:  **/s/ Bruce H. Levitt**
                                      **BRUCE H. LEVITT, ESQ.**