UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-8, ASSET-BACKED CERTIFICATES, SERIES 2006-8
JILL A. MANZO, ESQ.
SPS1739
bankruptcy@feinsuch.com

| In Re: | Case No.: 17-34182 SLM |
|---|---|
| GUY W MIER | Adv. No.: |
| Debtor(s). | Chapter: 13 |
| | Hearing Date: February 9, 2022 |
| | Judge: Honorable Stacey L. Meisel |
| | **CONDITIONAL LIMITED OBJECTION OF SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-8, ASSET-BACKED CERTIFICATES, SERIES 2006-8 TO DEBTOR'S MOTION TO SELL** |

  I, JILL A. MANZO, ESQ. , do hereby certify as follows:

  1.  I am an attorney at law of the State of New Jersey associated with the law firm of FEIN, SUCH, KAHN & SHEPARD, PC, attorneys for **SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR**

**REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-8, ASSET-BACKED CERTIFICATES, SERIES 2006-8**, ("Secured Creditor" herein), and I am fully familiar with the facts and circumstances of the within matter.

    2.  Secured Creditor holds a mortgage on Debtor's residence which is located at 2&4 RENA LANE, BLOOMFIELD, NJ 07003.

    3.  The Debtor has filed a Motion to Sell real property known as 2&4 RENA LANGE, BLOOMFIELD, NJ 07003.

    4.  Secured Creditor does not object to Debtor's motion provided the following conditions are satisfied:

        (a) The proceeds of the sale must be used to satisfy the lien on the real property and until such satisfaction, the real property is not free and clear of this lien.

        (b) Secured Creditor shall be paid in full at closing pursuant to a statement generated through the date of tender.

        (c) Any short sale or reduced payoff is conditioned upon the review and written approval of Secured Creditor.

        (d) Sale is completed within a timely manner.

    5.  If the above conditions are satisfied, Secured Creditor does not object to Debtor's motion.

    6. For the reasons stated above, and for any others that the Court deems fit to adopt, Secured Creditor respectfully objects to Debtor's modified plan and confirmation thereof.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

**FEIN, SUCH, KAHN & SHEPARD, PC.**
Attorneys for SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-8, ASSET-BACKED CERTIFICATES, SERIES 2006-8

By:<u>/S/JILL A. MANZO, ESQ.</u>

DATED: January 14, 2022

cc:  BRUCE H LEVITT, ESQ. - DEBTOR(S)' ATTORNEY
     MARIE-ANN GREENBERG, ESQ. - TRUSTEE