**LEVITT & SLAFKES, P.C.**
515 Valley Street - Suite 140
Maplewood, New Jersey 07040
Ph: (973) 313-1200
E-Mail: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTOR
BY: Bruce H. Levitt, Esq. (BL9302)

Order Filed on May 11, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | : CHAPTER 13 |
|  | : |
| GUY W. MIER, | : |
|  | : Case No.:17-34182 SLM |
|  | : |
|  | : |
|  | : |
| Debtor. | : |
|  | : |
|  | : |

## ORDER EXPUNGING PROOF OF CLAIM FILED BY CACH, LLC

The relief set forth on the following page is Ordered.

DATED: May 11, 2022

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

IT IS ORDERED, that Proof of Claim 2 filed by Cach, LLC in

the amount of $6,291.73 is expunged.